IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LATASHA WILLIAMS                                                PLAINTIFF

v.                              No. 3:22-cv-2-DPM

HIBBETT, INC.; HIBBETT RETAIL, INC.;
HIBBETT WHOLESALE, INC.;
HIBBETT SPORTING GOODS, INC;
HIBBETT SPORTS, INC.; JASON STRICKER,
Individually and Employee of Hibbett
Defendants; CITY OF WYNNE, ARKANSAS;
JACKIE CLARK, Individually and Employee
of City of Wynne Defendants;
ANTHONY DALE PARKER, Individually
and Employee of City of Wynne Defendants;
STEVEN HALLMARK, Detective, Individually
and Employee of City of Wynne Defendants; and
AMBER JEFFERSON, Individually and Employee
of Hibbett Defendants                                           DEFENDANTS

## ORDER

Joint motion, *Doc. 57*, denied without prejudice. The Proposed Order is a good start. But the provisions about resolving disputes, redaction, and sealing need work. It also needs a sunset provision. See *Doc. 10* in *Chaotic Labz, Inc. v. SDC Nutrition*, No. 4:18-cv-75-DPM, for a good example. Please revise and submit to chambers as directed in the Third Amended Final Scheduling Order, *Doc. 52 at 2*.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 November 2023