IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LATASHA WILLIAMS                                                          PLAINTIFF

v.                                      No. 3:22-cv-2-DPM

HIBBETT, INC.; HIBBETT RETAIL, INC.;
HIBBETT WHOLESALE, INC.; HIBBETT
SPORTING GOODS, INC.; HIBBETT
SPORTS, INC.; JASON STRICKER,
Individually and Employee of Hibbett
Defendants; CITY OF WYNNE,
ARKANSAS; WYNNE ARKANSAS
POLICE DEPARTMENT; JACKIE
CLARK, Individually and Employee of
City of Wynne Defendants; ANTHONY
DALE PARKER, Individually and
Employee of City of Wynne Defendants;
STEVEN HALLMARK, Individually and
Employee of City of Wynne Defendants;
and AMBER JEFFERSON, Individually
and Employee of Hibbett Defendants                                      DEFENDANTS

JUDGMENT

Williams's amended complaint is dismissed. The claims against Jason Stricker are dismissed without prejudice. Counts I–V are dismissed with prejudice against everyone else. Counts VI–X are dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 September 2024